[No. 3611–1–III.   Division Three.   June 11, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. EUGENE
JOSEPH CIRIGNANO, *Appellant.*

Appeal from a judgment of the Superior Court for
Benton County, No. 78188, Richard G. Patrick, J., entered
June 15, 1979. *Affirmed* by unpublished opinion per

Munson, J., concurred in by Roe, A.C.J., and Green, J.